# Third District Court of Appeal

## State of Florida

Opinion filed May 27, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1364
Lower Tribunal No. 17-856-CC-26
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**All Insurance Restoration Services, Inc., etc.,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Lissette De La Rosa, Judge.

Boyd & Jenerette, P.A., and Lara J. Edelstein (Boca Raton), for appellant.

Law Office of Lazaro Vazquez, P.A., and Lazaro Vazquez; Law Offices of Anthony Accetta, P.A., and Anthony Accetta, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.